Good morning, viewers. I'm Mark Hoseley. I'm a summer assistant. I'm here to give you my first talk. I'll be leading the hearing in the District Court's ruling through the pursuit of sentence. I'm here with Mr. Thomas Poole. We're supporting this court in a collegiate. In one sentence, the District Court says that the court includes this on a question of the scope and content of a plaintiff's job responsibilities, a question of fact, and a motion that constitutes a subpoena of the facts as they are expressed in law. Then, from that sentence, the court will pursue certain facts of what caused them, and in turn, will contemplate a subpoena, a subpoena in the context of this job to be submitted. We take the fact that the District Court took that sentence out of context. The District Court's motion includes the court to include the next sentence. The next sentence is outrageous. In the realm of whether the plaintiff spoke as a common citizen, we must therefore assume the truth of the facts as they are expressed in law. In respect to the employment responsibilities of this plaintiff, we take that sentence out of context. Question. good Good morning. My name is Ben McGeever and I would like to tell you today about Alright is good to do  to do is good to do is good
judges: Wallace, Schroeder, Kozinski